UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIRST FINANCIAL SECURITY, INC., | No. 2:17-mc-00158-TLN-AC |
| Petitioner, | |
| v. | ORDER |
| PAO CHOUA HER, | |
| Respondent. | |

The court is in receipt of plaintiff's motion to approve service by e-mail on respondent (ECF No. 7) and petitioner's ex parte application for an order shortening time to hear the motion (ECF No. 8). Upon review of the motions and the record in this case, the court finds oral argument is not necessary and deems the motion to approve e-mail service submitted on the papers; the ex-parte application for an order shortening time is denied as moot.

In light of the history of this case, petitioner's request for approval of e-mail service is granted. Federal Rule of Civil Procedure 4(e)(1) provides that an individual within a judicial district of the United States may be served by "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made." California Code of Civil Procedure section 413.30 provides, "Where no provision is made in this chapter or other law for the service of summons, the court in which the action is pending may direct that summons be served in a manner which is reasonably calculated

to give actual notice to the party to be served and that proof of such service be made as prescribed by the court." Federal courts in California have authorized service by e-mail under this provision. See, e.g., Facebook, Inc. v. Banana Ads, LLC, 2012 WL 1038752 (N.D. Cal.); United Health Servs., Inc. v. Meyer, No. C 12-6197 CW, 2013 WL 843698, at *1 (N.D. Cal. Mar. 6, 2013). Plaintiff has offered evidence that it has made numerous attempts to serve respondent in another manner with reasonable diligence, and has shown that service by e-mail is reasonably calculated to lead to actual notice. ECF Nos. 7-1 and 7-2. The court therefor authorizes e-mail service upon respondent at the address "pc_her@ymail.com" for all for all future filings and submissions in this action, unless and until he is represented by counsel. Service by e-mail, while sufficient to show completion of service, must be used in addition to service by mail.

In summary, petitioner's motion to approve e-mail service is GRANTED (ECF No. 7) and petitioner's ex parte application to shorten time is DENIED as MOOT (ECF No. 8).

IT IS SO ORDERED.

DATED: December 11, 2017

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE