PA LAI LEE, SBN 200380
PA LAI LEE, ESQ., INC., APC
4969 E. McKinley Avenue
Fresno, California 93727
Telephone: (559) 930-7973
Facsimile: (559) 853-0055

Attorney for Respondent, PAO CHOUA HER

UNITED STATES FEDERAL COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| KEVIN DO LUE LEE; TATA INSIXIENGMAY-TRAN; and POLLY LUANGAPHAY, on behalf of themselves and all similarly situated. | Case No. 2:17-mc-00158-TLN-AC<br>[C.D. Cal. Case No. 2:14-cv-7608-SVW-AJW] |
| Plaintiffs, | AMENDED STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR ORDER TO SHOW CAUSE WHY PAO CHOUA HER SHOULD NOT BE HELD IN CONTEMPT PURSUANT TO FED. R. CIV. P. 45(g). |
| v. | |
| FIRST FINANCIAL SECURITY, INC., | |
| Defendant/Movant. | Date: January 24, 2018<br>Time: 10:00 a.m.<br>Courtroom: 26 |
| FIRST FINANCIAL SECURITY, INC., | |
| Counterclaimant, | |
| v. | |
| KEVIN DO LUE LEE and TATA INSIXIENGMAY-TRAN, | |
| Counterclaim-Defendants. | |
| PAO CHOUA HER, | |
| Respondent. | |

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR ORDER TO SHOW CAUSE WHY PAO CHOUA HER SHOULD NOT BE HELD IN CONTEMPT PURSUANT TO FED. R. CIV. P. 45(g).

1

## RECITALS

1. On October 20, 2017 Movant, FIRST FINANCIAL SECURITY, INC., by and through its attorney, Clifford S. Davidson of the law firm Sussman Shank, LLP, filed a Motion for Order to Show Cause Why PAO CHOUA HER Should Not Be Held In Contempt. On November 8, 2017 Movant FIRST FINANCIAL SECURITY, INC. filed its Amended Motion for Order to Show Cause for Contempt.

2. The hearing for Movant's motion is currently set for January 10, 2018 at 10:00 a.m. in Department 26 of the above-entitled Court.

3. Respondent, PAO CHOUA HER, has recently retained Attorney Pa Lai Lee to represent him for the Order to Show Cause.

4. The Respondent's counsel has requested time to review the pleadings and prepare a responsive pleading. Plaintiff's counsel has agreed to give Respondent counsel a courtesy continuance.

## STIPULATION

IT IS HEREBY STIPULATED between the parties, by and through their respective counsels, the motion hearing set for January 10, 2018 at 10:00 a.m. in Department 26 of the above-entitled court is continued to January 24, 2018 at the same time and place.

IT IS FURTHER STIPULATED between the parties, by and through their respective counsels that the Respondent's responsive pleadings shall be filed with the Court on or before January 12, 2018.

IT IS FURTHER STIPULATED between the parties, by and through their respective counsels that any Reply pleadings shall be filed and served to Respondent's attorney on or before January 19, 2018.

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR ORDER TO SHOW CAUSE WHY PAO CHOUA HER SHOULD NOT BE HELD IN CONTEMPT PURSUANT TO FED. R. CIV. P. 45(g).

2

|   |   |   |
|---|---|---|
| 1 |   | It is so stipulated. |
| 2 | Dated: January 8, 2018 |   |

PA LAI LEE, ESQ., INC., APC

/s/ Pa Lai V. Lee
_____
PA LAI LEE, Attorney for Respondent,
PAO CHOUA HER

It is so stipulated.

Dated: January 8, 2018

SUSSMAN SHANK, LLP

/s/ Clifford S. Davidson
_____
by CLIFFORD S. DAVIDSON, Attorney for Movant, FIRST FINANCIAL SECURITY INC.

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION FOR ORDER TO SHOW CAUSE WHY PAO CHOUA HER SHOULD NOT BE HELD IN CONTEMPT PURSUANT TO FED. R. CIV. P. 45(g).

3

# ORDER

The Court has read and considered the Stipulation to Continue the Hearing on Motion for Order to Show Cause Why Pao Choua Her Should not be Held in Contempt that was signed and submitted by the parties, through their respective counsels. Based upon the Stipulation and good cause appearing:

IT IS HEREBY ORDERED that the hearing for the Motion for Order to Show Cause Why Pao Choua Her Should not be Held in Contempt currently set for January 10, 2018 at 10:00 a.m. in Department 26 be continued to January 24, 2018, at 10:00 a.m. in Department 26.

Dated: January 9, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE